Index # 08 cv 01986
Purchased/Filed: February 28, 2008

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

| STATE OF NEW YORK | U. S. DISTRICT COURT | SOUTHERN DIST. COUNTY |
|---|---|---|

| DILIP GIRI AND AVANI GIRI | PLAINTIFF |
|---|---|

AGAINST

| JOSEPHINE R. MCGRAW | DEFENDANT |
|---|---|

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY    )

ROBIN BRANDOW BEING DULY SWORN, DEPOSES AND SAYS:

DEPONENT RESIDES IN THE   CITY   OF   ALBANY  , COUNTY OF   ALBANY  ,

STATE OF NEW YORK. THAT ON THE   6TH   DAY OF   MARCH, 2008  , AT THE OFFICE OF

THE SECRETARY OF STATE, 41 STATE STREET, ALBANY, NEW YORK, DEPONENT SERVED

SUMMONS IN A CIVIL ACTION & COMPLAINT   UPON

JOSEPHINE R. MCGRAW   THE DEFENDANT IN THE ABOVE

CAPTIONED ACTION BY DELIVERING TO AND LEAVING WITH   CHAD MATICE

A COPY OF SAID   SUMMONS IN A CIVIL ACTION & COMPLAINT

AND THAT AT THE TIME OF MAKING SUCH SERVICE, DEPONENT PAID THE SECRETARY OF STATE

THE SUM OF $10.00, THAT BEING THE LAWFUL FEE OF THE SECRETARY OF STATE FOR ACCEPT-

ING SUCH SERVICE: DEPONENT FURTHER SAYS THAT SUCH SERVICE WAS MADE PURSUANT TO

SECTION 253 OF THE VEHICLE AND TRAFFIC LAWS OF THE STATE OF NEW YORK AND THAT THE

SAID   CHAD MATICE   WAS A DESIGNATED CLERK OF THE SECRETARY OF

STATE AND PERSON AUTHORIZED BY LAW TO ACCEPT SERVICE IN SUCH CASES.

SWORN TO BEFORE ME ON THIS

11TH  DAY OF   MARCH, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

ROBIN BRANDOW

**Invoice•Work Order #** 0804377

**ALEXANDER, POOLE & CO., INC.** • **11 NORTH PEARL STREET** • **ALBANY, NEW YORK, 12207**

Index # 08 cv 01986
Purchased/Filed: February 28, 2008

# AFFIDAVIT OF MAILING

| STATE OF NEW YORK | U. S. DISTRICT COURT | SOUTHERN DIST. COUNTY |
|---|---|---|

DILIP GIRI AND AVANI GIRI                                                PLAINTIFF

AGAINST

JOSEPHINE R. MCGRAW                                                  DEFENDANT

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY         )

_____ROBIN BRANDOW_____ BEING DULY SWORN, DEPOSES AND SAYS THAT DEPONENT IS OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THIS ACTION. THAT ON THE __11TH__ DAY OF __MARCH, 2008__, DEPONENT MAILED TO THE DEFENDANT __JOSEPHINE R. MCGRAW__ BY _Certified_ MAIL, RETURN RECEIPT REQUESTED, A COPY OF THE __SUMMONS IN A CIVIL ACTION & COMPLAINT__, NOTICE OF SERVICE AND A COPY OF THE OFFICIAL RECEIPT OF THE DEPARTMENT OF STATE, OF THE STATE OF NEW YORK. THAT THE SAID DOCUMENTS WERE ENCLOSED IN A PROPER POSTAGE PAID ENVELOPE AND THAT THEY WERE DEPOSITED AT THE U. S. POST OFFICE AT HUDSON AVENUE IN THE CITY OF ALBANY AND THAT THE DOCUMENT WAS ASSIGNED REGISTRY NUMBER __7005 3110 0002 6146 2839__

SWORN TO BEFORE ME ON THIS

11TH  DAY OF       MARCH, 2008

_Faith Cozzy_
Notary Public
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_Robin Brandow_
ROBIN BRANDOW

Invoice•Work Order # 0804377

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

State of New York - Department of State
Receipt for Service

Receipt #: 200803070222
Date of Service: 03/06/2008
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 200803070245
Fee Paid: $10 - CHECK

Service was directed to be made pursuant to: SECTION 253 OF THE VEHICLE & TRAFFIC LAW

Party Served: MCGRAW, JOSEPHINE R

Plaintiff/Petitioner:
        GIRI, DILIP

Service of Process Address:

,

Secretary of
BY  CHAD

