```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x    08 CV 01986
DILIP GIRI AND AVANIA GIRI,

                Plaintiffs,
        v.                                   FEDERAL RULE 7.1
                                             DISCLOSURE STATEMENT
JOSEPHINE R. MCGRAW,

                Defendant.
---------------------------------------x
```

Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant, Josephine R. McGraw, certifies that the following are parent corporations or publicly held corporations that own 10% or more of its stock: [NONE].

DATED:   March 26, 2008
         New York, New York

                                Yours, etc.
                                **HOEY, KING, TOKER & EPSTEIN**
                                Attorneys for Defendant,
                                 **Josephine R. Mcgraw**
                                Office and Post Office Address
                                55 Water Street, 29th Floor
                                New York, New York 10041-2899
                                (212) 612-4200

                                By: _____
                                     Edgar Matos (5744)

To:

**Cheriff & Fink, P.C.**
Attorneys for Plaintiffs,
 **Dilip Giri and Avani Giri**
2 Rector Street, Suite 2104
New York, New York 10006-1893